UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ALAN OLIVER, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOMMY GREENWELL, BRAD SWIMS, )<br>BOB SIMMONS, JANES CARTER, JERRY )<br>CARTER and UNKNOWN DANNY, )<br>)<br>Defendants. ) | No. 1:05-CV-111-LMB |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Janes Carter and Jerry Carter, plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this  29th  day of September, 2005.

_____
**UNITED STATES DISTRICT JUDGE**